| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR405-000264-002 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CrMisc 1229 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Michael Williams 1500 Pinehurst Avenue, Apt. 706 Opelika, Alabama 36801 | Southern District of Georgia | Savannah |
| | NAME OF SENTENCING JUDGE Honorable William T. Moore, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08-21-06 | TO 08-20-10 |

| OFFENSE |
|---|
| 18 U.S.C. § 922(a)(6) - False statements to purchase firearms |

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

MARCH 9, 2007

*Date*

William T. Moore, Jr.
*Chief Judge, U. S. District Court*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*U. S. District Judge*